TERMED 5/13/13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL DIGITAL NETWORK, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB APPELSMITH, AS DIRECTOR OF THE ALCOHOLIC BEVERAGE CONTROL BOARD, and DOES 1-10, Inclusive<br><br>Defendants. | CASE NO. CV 11-9065 CBM (PJWx)<br><br>**JUDGMENT** |

Consistent with this Court's May 13, 2013 Order Granting Defendants' Motion for Summary Judgment (Docket No. 50),

**IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing on his Complaint for injunctive and declaratory relief pursuant to 28 U.S.C. § 2201. Judgment shall be entered in favor of Defendant on this claim.

: May 15, 2013

_____
Honorable Consuelo B. Marshall
United States District Judge

1